JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>CARLOS HERNANDEZ-HERNANDEZ, )<br>　　　　Defendant. ) | No. CR16-88-RSL<br><br>ORDER TO<br>EXTEND TIME TO FILE<br>INDICTMENT |

The Court, having reviewed the defense's unopposed motion and the defendant's agreement to extend the time for an Indictment, finds as to the facts agreed to by counsel in that document, and hereby makes the following findings of fact:

　　1.　　A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

　　2.　　The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial.  Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER TO EXTEND TIME TO FILE
INDICTMENT
(*U.S. v. Hernandez-Hernandez*, CR16-88-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from April 28, 2016, to June 27, 2016.

IT IS FURTHER ORDERED that the period of delay from April 28, 2016, to June 27, 2016, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 et seq.

DONE this 19th day of April, 2016.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Corey Endo*
Assistant Federal Public Defender
Attorney for Carlos Hernandez-Hernandez

ORDER TO EXTEND TIME TO FILE INDICTMENT
(*U.S. v. Hernandez-Hernandez*, CR16-88-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**